JEFFREY H. MCCLELLAND
*Pro Hac Vice*
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln Street, Suite 3500
Denver, CO 80203
Jeffrey.McClelland@lewisbrisbois.com
Telephone: (303) 861-7760
Facsimile: (303) 861-7767

JOSH COLE AICKLEN
Nevada Bar No. 7254
JESSICA BEELER
Nevada Bar No. 15387
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
PHONE:  702.893.3383
FAX: 702.893.3789
Josh.Aicklen@lewisbrisbois.com
Jessica.Beeler@lewisbrisbois.com
*Attorneys for Defendant*
*SOLOTECH U.S. CORPORATION*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DONNA SOLOMON, | Case No. 2:25-cv-00552-GMN-NJK |
| Plaintiff, | **STIPULATION TO SUBSTITUTE COUNSEL** |
| vs. | **ORDER** |
| SOLOTECH U.S. CORPORATION, | |
| Defendant. | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

162309366.1

Pursuant to the Local Rules of Practice for the United States District Court for the District of Nevada, LR IA 11-6(c), Defendant Solotech U.S. Corporation ("Solotech"), by and through undersigned counsel, submits the following Stipulation to Substitute Counsel:

1. Solotech has been represented in this action by James Whitmire of Whitmire Law, PLLC and Joyce Ackerbaum and William S. Weber of Baker & Hostetler LLP. Each of the foregoing attorneys have appeared in this action on behalf of Solotech.

2. Solotech will be represented going forward in this action by Jeffrey H. McClelland; Jessica Beeler; and Josh Cole Aicklen, all of Lewis Brisbois Bisgaard & Smith LLP. Ms. Beeler filed a Notice of Appearance [ECF No. 25] on August 18, 2025, on behalf of Solotech. Mr. McClelland filed a Verified Petition for Permission To Practice In This Case Only By Attorney Not Admitted To The Bar Of This Court And Designation Of Local Counsel [ECF No. 26] (the "PHV Petition") on August 27, 2025. The Court entered an Order granting the PHV Petition on August 27, 2025, permitting Mr. McClelland to appear on behalf of Solotech in this action and approving the designation of Mr. Aicklen as local counsel for Solotech.

3. James Whitmire of Whitmire Law, PLLC and Joyce Ackerbaum and William S. Weber of Baker & Hostetler LLP hereby stipulate to the substitution of Jeffrey H. McClelland, Jessica Beeler, and Josh Cole Aicklen, all of Lewis Brisbois Bisgaard & Smith LLP, as counsel for Solotech.

4. James Whitmire of Whitmire Law, PLLC and Joyce Ackerbaum and William S. Weber of Baker & Hostetler LLP further stipulate to withdraw as counsel for Solotech.

5. This stipulated substitution of counsel will not result in delay of discovery, trial, or any hearing in this case. An Early Neutral Evaluation (ENE) has been scheduled for September 30, 2025, and Jeffrey H. McClelland, Jessica Beeler, and Josh Cole Aicklen of Lewis Brisbois Bisgaard & Smith LLP will have sufficient time to prepare for the ENE and appear at it on behalf of Solotech.

6. As required under LR IA 11-6(c), the authorized representative for Solotech indicates

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

162309366.1                                    2

1     Solotech's stipulation to the above-referenced substitution of counsel by signing below.

2

3     WHEREFORE, Defendant Solotech U.S. Corporation respectfully requests that the Court

4  enter an Order approving the foregoing Stipulation to Substitute Counsel pursuant to LR IA 11-

5  6(c).

6  Dated this 29ᵗʰ day of August, 2025

7  BAKER & HOSTETLER LLP

8  */s/ Joyce Ackerbaum Cox*
   Joyce Ackerbaum Cox, Esq. (Pro Hac
9  Vice) Florida Bar No.: 0090451
   jacox@bakerlaw.com
10

11 */s/ William S. Weber*
   William S. Weber, Esq. (Pro Hac Vice)
12 Florida Bar No.: 1032238
   wsweber@bakerlaw.com
13 200 South Orange Ave., Suite 2300
   Orlando, FL 32801
14 Telephone: 407.649.4000
   Facsimile: 407.841.0168
15
   - and –
16
   WHITMIRE LAW, PLLC
17
   */s/ James E. Whitmire*
18 JAMES E. WHITMIRE (NSB #6533)
   Email:  JWhitmire@whitmirelawnv.com
19 10785 West Twain, Suite 226 Las Vegas,
   Nevada 89135 Telephone: (702) 846-0949
20

21

22 SOLOTECH U.S. CORPORATION

23 *Isabelle Guilbeault*

24 _____
   Isabelle Guilbeault
25 Vice President Legal Affairs

26

27

28

Dated this 29ᵗʰ day of August, 2025

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Jeffrey H. McClelland*
Jeffrey H. McClelland
*Pro Hac Vice*
1700 Lincoln Street, Suite 3500
Denver, CO 80202
Jeffrey.McClelland@lewisbrisbois.com
Telephone: (303) 861-7760
Facsimile: (303) 861-7767

*/s/ Josh Cole Aicklen*
JOSH COLE AICKLEN
Nevada Bar No. 7254
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

*/s/ Jessica Beeler*
JESSICA BEELER
Nevada Bar No. 15387
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

*Attorneys for Defendants SOLOTECH U.S. CORPORATION*

**IT IS SO ORDERED**
Dated: September 2, 2025

.
.

_____
Nancy J. Koppe
United States Magistrate Judge

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

162309366.1                                    3