JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MARIAN L. MASSEY
Nevada Bar No. 14579
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*MMassey@GGTrialLaw.com*

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONNA SOLOMON, an individual, | Case No.: 2:25-cv-00552-GMN-NJK |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE WITH PREJUDICE** |
| SOLOTECH U.S. CORPORATION, a Nevada corporation, | |
| Defendant. | |

Plaintiff Donna Solomon ("Plaintiff"), by and through her counsel of record, GREENBERG GROSS LLP, and Defendant Solotech U.S. Corporation ("Defendant"), by and through its counsel of record, LEWIS BRISBOIS BISGAARD & SMITH LLP, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, including all claims against all parties, with each party to bear its own attorneys' fees and costs.

Dated this December 29, 2025.

**GREENBERG GROSS LLP**

*/s/ Marian L. Massey*
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MARIAN L. MASSEY
Nevada Bar No. 14579
1980 Festival Plaza Drive, Suite 730
 Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

Dated this December 29, 2025.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jeffrey H. McClelland*
JEFFREY H. MCCLELLAND (admitted *Pro Hac Vice*)
1700 Lincoln Street, Suite 3500
Denver, CO 80203

JOSH COLE AICKLEN
Nevada Bar No. 7254
JESSICA BEELER
Nevada Bar No. 15387
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

*Attorneys for Defendant*

Based on the parties' stipulation, and with good cause appearing, **IT IS HEREBY ORDERED** that this action is **DISMISSED** with prejudice, with each party to bear its own attorneys' fees and costs.

The Clerk of Court is kindly directed to close this case.

**DATED** this  30  day of December, 2025

_____
Gloria M. Navarro, District Judge
United States District Court

169058431.1

-2-
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE